IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|                                    |        |                        |
|------------------------------------|--------|------------------------|
| CLARA DANIELS, ET AL.              | *      |                        |
|                                    | *      |                        |
|                                    | *      |                        |
| v.                                 | *      | Civil No. 17-cv-00982-ELH |
|                                    | *      |                        |
| THE CARTER-JONES                   | *      |                        |
| LUMBER COMPANY, ET AL.             | *      |                        |
|                                    | *      |                        |
|                                    | *      |                        |
|                                    | *      |                        |

******

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is, this 16th day of

November 2017, ORDERED:

1. Defendant J.B. Hunt's motion to dismiss (ECF No. 32) is GRANTED.

2. The claims against Defendant J.B. Hunt are DISMISSED.

_____/s/_____
Ellen L. Hollander
United States District Judge